

# NUMBER 13-14-00434-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOEL ELIZONDO,                                                                Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

**On appeal from the 148th District Court
of Nueces County, Texas.**

# ORDER TO FILE REPORTER'S RECORD

**Before Chief Justice Valdez and Justices Rodriguez, and Garza
Order Per Curiam**

This cause is before the Court on the reporter's third request for an extension of time until February 19, 2015.  The reporter's record in this matter was originally due on November 5, 2014.  The reporter's request for extension states that she expects the record in this appeal to be approximately 400 pages, explains the reason for the delay,

and indicates she is confident she can file the record by February 19, 2015.

The Court, having fully examined the request, is of the opinion that, in the interest of justice, an order should be entered. The Court looks with disfavor upon the delay caused by the reporter's failure to have heretofore filed the record in this matter.

The Court GRANTS the reporter's request for an extension of time. Reporter, Sandra Chavez, is hereby ORDERED to file the reporter's record in this Court no later than 5:00 p.m. on February 19, 2015. If the reporter fails to file the record within the foregoing specified period of time, the Court will act appropriately to avoid further delay and to preserve the parties' rights. TEX. R. APP. P. 37.3 (a)(2).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of January, 2015.

2